Name: Annette Rose Church

Address: 3208 Madeira Dr. NE
Albuquerque, New Mexico 87110

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 01 2025

MITCHELL R. ELFERS
CLERK

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

---

Annette Rose Church, **Plaintiff & Movant**
(Full Name) (formerly known as Annette Rose Grant)
for: Kenneth Eric Church  Plaintiff
Confidential Minor,  Plaintiff
John & Jane Does (known & unknown)(1-13)  Plaintiff

V.

Nelson Harrison Kotiar, **Defendant(s)**
Diana Urban
Susan Bailey
Julie Delgado
& Guadalupe County Attorney
John & Jane Does (known & unknown) (1-13)

CASE NO. **25 cv 623 LF**

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

---

## A.  JURISDICTION

1)  Annette Rose Church , is a citizen of Republic of Texas
    (Plaintiff)                                ( State )
    who presently resides at 3208 Madeira Dr. NE,
                        (Mailing address or place of confinement)
    Albuquerque [New Mexico 87110].

2)  Defendant Nelson Harrison Kotiar is a citizen of
                (Name of first defendant)
    Santa Rosa, [New Mexico]/India? , and is employed as
                (City, State)
    Mayor of City of Santa Rosa [N.M.]  At the time the claim(s)
                ( Position and title, if any)
    alleged in this complaint/Claim arose, was this defendant acting under color of state law?
    Yes ☒   No ☐   If your answer is "Yes", briefly explain: The City of
    Santa Rosa Police Department are under the authority of the
    Mayor, Nelson Harrison Kotiar, who failed in his duties & violated
    the Constitution rights of the Plaintiffs (non-prisoners). Resulting
    in injustice & entitling Plaintiffs, Annette Rose Church, Kenneth Eric
    Church, & Confidential Minors & John & Jane Does (known & unknown) to
    reparations/damages for injuries. This has led to defamation of character,

XE-2   2/78   CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

Created false reports against the Plaintiffs, aided slander & libel. Also violating Common Law, Indigenous & God-given rights, by not investigating claims of & crimes against the Plaintiffs/Petitioners, with claims of peonage also being ignored. (Rico? violations) With first incident reported around October 31, 2021.

3) Defendant **Diana Urban** is a citizen of

(Name of second defendant)

Santa Rosa [New Mexico]/? , and is employed as

(City, State)

Guadalupe County Manager · At the time the claim(s)

( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state/city/County/law.

Yes ☒ No ☐ If your answer is "Yes", briefly explain: Between 8/1/2024– 8/5/2024 (Possible RICO violations?) Diana Urban violated the Constitutional, Common Law, Indigenous, as well as God-given rights of the Plaintiffs, Annette Rose Church [formerly Grant], Kenneth Eric Church, Confidential minor, John & Jane Does (known & unknown) when she advised other county officials/workers to file a Police report which resulted in false accusations, defamation of character & libel against the ⟶

(Use the back of this page to furnish the above information for additional defendants.) [See reverse of/back of this page for additional defendants.]

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.) 18 U.S.C. 242. R.S. §1980. Article IV, Section 2. 5th & 14th Amendments. 62 Stat. §684. 103-322, title XXXIII, §330016(1)(G). 108 Stat. §2147. U.S.C. §1584, §1589, §1590. 18 U.S.C. §241. U.S. Supreme Court decision in Rodrigues v. Ray Donovan, U.S. Supreme Court decision in Self v. Rhay. S.1748, among others. H.R. 9875. 32 CFR 536.77(a)(3)(vii), 42 CFR 488.301, U.S.C. 1581, 42 U.S.C. 1994, 18 U.S.C. 1621, 42 U.S.C. 1986, 18 U.S.C. 3571, 28 U.S.C. 3002(15). 18 U.S.C. §1503, §1512, & §1519. Among others. (Defendant liable when they delay justice/Remedy.) & 18 U.S.C. §1028

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Defendants violated Constitutional rights of Plaintiffs. Defendants, Nelson Harrison Kotiar, Diana Urban, Susan Bailey, Julie Delgado, Guadalupe County Attorney, John & Jane Does (known & unknown) violated the Constitutional rights of Plaintiffs, Annette Rose Church, Kenneth Eric Church, Confidential minor, & John & Jane Does (known & unknown). Defendants also violated Common Law/Law of the Land, Indigenous, Israelite & God-given rights of the Plaintiffs, and denied/declined/violated the rights of the Plaintiffs to speak & to report, &/or safely report the crimes they suffered. Defendants violated the rights of the Plaintiffs to assert THEIR CONSTITUTIONAL RIGHTS through seeking declaratory relief, injunctive relief and filing of criminal charges, and due process. Defendants (1-13), plus John & Jane Does (known & unknown), WHOEVER HAVING KNOWLEDGE of crimes, or that the Plaintiffs were victims of crimes &/or that the Plaintiffs were witnesses of crimes &/or their intent to report such crimes, &/or that the Plaintiffs ~~sought~~ Annette Rose Church, Kenneth Eric Church, Confidential minor, John & Jane Does (known & unknown) [Plaintiffs 1-17] sought relief/remedy, wherein the Defendants,

Plaintiffs (living beings ...

3)(b) Defendant _Susan Bailey_ is a citizen of [Santa Rosa, New Mexico]?
(Name of third defendant)
and is employed as _Guadalupe County Treasurer_. At the time the claim(s)
(Position and Title, if any)
alleged in this complaint/Claim arose, was this defendant acting under
color of state/law? (County)   Yes ☒  No ☐ If your answer is "Yes", briefly explain:
Susan Bailey violated the Constitutional, Common Law, Indigenous &
God-given rights of the Plaintiffs/Petitioners, Annette Rose Church,
Kenneth Eric Church, Confidential minor, John & Jane Does (known &
unknown) when (she) spoke to/consulted with Diana Urban-County
Manager, who also spoke to/consulted with the Guadalupe County
Attorney, and it was decided to file an informational report,
with false allegations/rumored that Annette Grant [known as
Annette Church] had threatened a senior citizen, also known as
Susan Bailey, the Guadalupe County Treasurer, simply by giving
(her) NOTICE (written) of Common Laws of We The People,
regarding victims of kidnapping & rape, with notice including
jurisdiction of Plaintiffs land in regards to Foreign Agents/
Foreign Corporations, profiting off of We The People, without
our consent. Their false report/false allegations leveled
against Plaintiff, Annette Rose Grant [Annette Rose Church]
resulted in further Defamation of Character, slander & libel.
which caused Plaintiffs to continue to be unheard in their claims
regarding crimes committed against them, & instead opening
up an investigation against the victims/witnesses suffering
gross crimes against them, without relief. (08-1-2024-08-5-2024)

3)(c) Defendant _Julie Delgado_ is a citizen of [Santa Rosa, New MEXICO]?
(Name of fourth Defendant)                              (City/State)
and is employed as _Guadalupe County Chief Deputy Treasurer_. At the time the
claim(s) alleged in this claim arose, was this defendant acting under color
of state/law? (County)  Yes ☒  No ☐ If your answer is "Yes", briefly
explain: Julie Delgado, the reporting person for Incident
report dated 8/5/2024, violated the Constitutional rights, Common
Law, Indigenous & God-given rights of the Plaintiffs/Petitioners,
Annette Rose Church, Kenneth Eric Church, Confidential Minor,
John & Jane Does (known & unknown) when (she) failed filed
an informational report containing false accusations/rumored
that Annette Grant [known as Annette Church] had threatened a senior
citizen, also known as Susan Bailey - the Guadalupe County
Treasurer (who was simply being given a NOTICE in writing, of
Common Laws of We The People, regarding victims of kidnapping
& rape, etc. (The notice was sent three times to many people & also
published once in the local Newspaper.) When Julie Delgado file the
informational report containing false accusations without doing due
diligence or obtaining knowledge regarding Common Law/Texas
Common Law regarding Texas Common Law Marriage & the authority
of two or more witnesses, which is authority enough for a common
law name change. Julie Delgado's actions further proved the long
standing animosity between the New MEXICO & the Constitution, and
between NEW MEXICO & Texas/Texas Republic/Republic of Texas.
Texans (Texians/Texian American Nationals are discriminated against
regularly in the New MEXICO, &/or their Common Law right violated. (8-1-2024
Coordinated efforts against Constitutional rights are RICO violations, also. (-8-5-2024)

3)(d) Defendant _____ is a citizen of [Santa Rosa, New Mexico]?
(Name of fifth Brother John & Jane Does) defendant)
& is employed as _Guadalupe County Attorney_, who was operating under color of law when
(Position and Title, if any)                                    (See back of Pg. 5)

chose instead to violate Constitutional rights, & chose instead to obstruct justice, & by colluding, cooperating & coordinating efforts against, to intimidate &/or coerce to silence the voices of the Plaintiffs et al, thereby accomplishing the cover-up of crimes & violations of rights.

## C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I: VIOLATION OF RIGHT TO SPEAK & BE HEARD, AND TO REPORT CRIMES BEING COMMITTED AND DENIAL OF DUE PROCESS, CAUSING CONFINEMENT OF LAW ABIDING STATES NATIONALS, WHO WERE BORN UPON THE LAND.
(More Counts may be added to this case.)
(More Plaintiffs &/or Defendants may be added to this case.)

(2)  Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Plaintiffs incorporate all paragraphs of this claim as if fully set forth under this count and further claim:
Defendants (1-13) violated the rights of Plaintiffs to speak (be heard), & to safely report crimes they suffered, without fear of retaliation, harm, or death & other criminal activity they witnessed and to receive due process in such matters.
Nelson Harrison Kotiar, Law Enforcement (SRPD) & District/County/City officials failed to claims investigate claims & make note of facts/ Report injuries &of Plaintiffs (1-17)
Defendants (1-13) violated the rights of Plaintiffs (1-17) to receive justice, relief & remedy in a timely manner, without fear of expending statute of limitations, wherein, Plaintiffs (1-17) suffered more damages and whereby, Plaintiffs (1-17) are entitled to recover for damages and injuries, & reasonable attorney/lawyer/counsel fees &/or other expendatures, etc., from Defendents (1- as well as punitive damages.

B)(1)  Count II: VIOLATION OF CONSTITUTIONAL RIGHTS

Plaintiffs incorporate all paragraphs of this claim as if fully set forth under this count and further claim:

(2) Supporting Facts: Defendants (1-13  ) committed a secondary violation of rights when Plaintiffs attempted to ASSERT THEIR CONSTITUTIONAL RIGHTS through seeking declaratory relief, injunctive relief, and filing of criminal charges.
Defendants (1-13  ) acted unconstitutionally by refusing to even hear what the Plaintiffs (1-17  ) had to say and by not doing their due diligence of taking a report and investigating properly, &/or referring to those who could act in accordance with due process &/or law, &/or common law.
Plaintiffs (1-17) suffered damages from direct violation of Constitutional rights &/or Amendment rights &/or the Bill of Rights &/or Magna Carta, &/or International law, &/or GOD-given rights.

XE-2 2/78                                        -3-

3)(4) continued: he ~~counselled~~ counseled the Guadalupe County Treasurers Office to commit, be complicit with, & coordinate Constitutional violations, upset common law, disrespect Indigenous culture & practices, and individual &/or family choices, & dishonor God-given rights. Plaintiff's understand this coordinated effort as RICO violations. (8/1/2024 – 8/5/2024)

3)(e) Defendant _____ is a citizen of
(Name of six–thirteenth John &/or Jane Does, etc.)? (More may be added)
_____ , and is employed
(city/State)    (Country)
as _____ who was operating
(Position & Title, if any)
under color of law &/or Corporate Law/Policies/etc.? ~~when?~~
YES ☐  No ☐  If your answer is "YES", briefly explain (include dates):

-Page 3a-

Plaintiffs are entitled to recover damages for injuries, &

· reasonable attorney/lawyer/counsel fees &/or other expenditures, etc.,
from Defendants, as well as punitive damages.

C)(1) <u>Count III:</u> (VIOLATION) WHOEVER HAVING KNOWLEDGE

this Claim Plaintiffs (1-    ) incorporate, all paragraphs of this Claim as if fully set forth under this count and further Claim!

(2) Supporting Facts: Defendants (1-    ) were made aware that Plaintiffs (1-    ) were victims of crimes and/or eyewitnesses of crimes.
Defendants were made aware of Plaintiffs intent to report such crimes.
Defendants discriminated against Plaintiffs and allowed for Continuance of criminal activity.
Defendants obstructed justice, by the actions or inaction, by their collusion/concerted effort to silence, intimidate the Plaintiffs (&/or witnesses) who are also victims &/or witnesses of crimes, Defendants by actions &/or conspiracy were in agreement (silent) &/or worked in cooperation to accomplish cover up of crimes, delay or extinguish justice, cause further damage to witness Plaintiffs.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? &/or enslavement?
Yes ☐   No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) Not as such (lawsuit). However, there has been a Declaration (the Church Declaration) of long standing grievances, for a redress of grievances, in part, to some of the facts of this lawsuit, sent to the U.S. Department of Justice (×3), which has remained ignored. No response. & once to the 4th Judicial District Court, for recording. no response except to say request closed.

    a) Parties to previous lawsuit.

       Plaintiffs: _____

       Defendants: _____

    b) Name of court and docket number:

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    d) Issues raised: _____

XE-2   2/78                    —4—

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☒   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

Regarding the claim against the Defendants, in part, was a Declaration of Status (aka: Standing) Affidavit of Truth, etc., for a Constitutional redress of grievances and relief sought for injuries, sought from the U.S. Department of Justice, U.S. Attorney General–Merrick B. Garland, sent three times. Received by the U.S. Department of Justice, U.S. Attorney Generals office on November 24, 2023, January 3, 2024 & April 22, 2024. No response at all, except verification it was received (return receipt).

And, in part, with the FOURTH JUDICAL DISTRICT COURT, GUADALUPE COUNTY DISTRICT COURTHOUSE about September 30, 2024. With response by letter, which stated, "We are in receipt of your letter. It asks for information, we are not required to answer questions or create documents under IPRA. We consider this request closed." Posted 10/31/2024.

### E.    REQUEST FOR RELIEF

1) I believe that (~~I am~~ We are) entitled to the following relief: Oaths of Office showing allegiance to the Constitution, countries of origin of Defendants, And are they bonded? Relief for damages & neglect of justice for expended Statutes of Limitation by the Defendants for their part in damages, slander & libel upon us, the Plaintiffs, Annette Rose Church, Kenneth Eric Church, Confidential minor, John & Jane Does (known & unknown) as well as punitive damages, according to the NOTICE-Claim of Damages/Transgression Fee Schedule of ANNETTE ROSE GRANT, now known as Annette Rose Church (per Common Law/Texas Common Law) TRUE BILL in commerce & punitive damages, for which Defendants have made themselves personnally liable (by violations of Constitutional & GOD-given rights) for damages & injuries against the Plaintiffs, in part, ~~or in whole~~, but not less than $40,000,000.00. [NOTICE Claim of Damages/Transgression Fee Schedule was filed in GUADALUPE COUNTY-NM Clerk's Office, 6/10/2024 – AFFIDAVIT, at 05:21:11 PM.] Also, court orders are no longer needed for a change of name, per Common Law, the signatures of two witnesses will be honored, as we have done. Originals belong to Plaintiff, Annette Rose: Church., Texas American National, or admitting Plaintiff. Copies are for court/courts of record. Comstock Act of 1873, now enforced!

_____
**Signature of Attorney (if any)**

Annette-Rose: Church.
_____
**Signature of Petitioner**

Attorney's full address and telephone number.

XE-2    2/78                    -5-

- 6 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at  <u>United States District Court New Mexico</u>  on  <u>July 1</u>  20<u>25</u>.
                          (Location)                                    (Date)

<u>Annette-Rose: Church</u>
                          (Signature)

XE-2   2/78                              - 6 -